**Dismiss and Opinion Filed March 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01071-CV

**WAYNE TEAGUE, Appellant**
**V.**
**MIKE CLIFTON, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-03939-C**

## MEMORANDUM OPINION
Before Justices FitzGerald, Fillmore, and Evans
Opinion by Justice FitzGerald

Both the filing fee and the clerk's record in this case are overdue. By postcard dated August 5, 2013, we notified appellant the $175 filing fee was due. We directed appellant to remit the fee within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. By letter dated December 11, 2013, we informed appellant that we had been notified by the Dallas County District Clerk that the clerk's record in this case had been prepared but had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to provide the Court with written verification that he had paid for or made arrangements to pay for the clerk's record or that he had been found entitled to proceed without payment of costs within ten days. We cautioned appellant that if we did not receive the required verification, we might dismiss the

appeal without further notice. To date, appellant has not paid the filing fee, provided the required verification, or otherwise corresponded with the Court regarding the status of the filing fee or the clerk's record.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

131071F.P05

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

WAYNE TEAGUE, Appellant

No. 05-13-01071-CV          V.

MIKE CLIFTON, Appellee

On Appeal from the County Court at Law No. 3, Dallas County, Texas
Trial Court Cause No. CC-13-03939-C.
Opinion delivered by Justice FitzGerald.
Justices Fillmore and Evans participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee MIKE CLIFTON recover his costs of this appeal from appellant WAYNE TEAGUE.

Judgment entered March 2, 2014

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE